**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. James B. Clark, III |
| | : | |
| v. | : | Mag. No. 24-12254 |
| | : | |
| ROSTISLAV PANEV | : | |
| | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of the United States (by Andrew M. Trombly and Benjamin Levin, Assistant United States Attorneys, appearing), and defendant Rostislav Panev (by Frank Arleo, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including **July 31, 2026** to permit defense counsel the reasonable time necessary for effective preparation in this matter; and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within 30 days of the date of the defendant's arrest pursuant to Title 18, United States Code, Section 3161(b); and six prior continuances having been entered; and the defendant, through the defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant has consented to the aforementioned continuance;

(2)     This matter arises from a lengthy and complex investigation, and the grant of a continuance will allow defense counsel with sufficient time for effective preparation in this matter;

(3)     Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a potential plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary;

(4)     The grant of a continuance will likely conserve judicial resources; and

(4)     Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 29th day of ___April___ 2026;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including **July 31, 2026**; and it is further

ORDERED that the period from the date this Order is signed through and including **July 31, 2026** shall be excludable in computing time

2

under the Speedy Trial Act of 1974.

s/James B. Clark, III
HONORABLE JAMES B. CLARK, III
United States Magistrate Judge

Form and entry consented to:

/s/ Frank Arleo/BL

Frank Arleo, Esq.
Counsel for Defendant Rostislav Panev

/s/ Benjamin Levin

Andrew M. Trombly
Benjamin Levin
Assistant U.S. Attorneys

3